UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No. 11-cr-33-01-SM

Christopher Mooneyhan,
    Defendant

O R D E R

Defendant Mooneyhan's motion to continue the final pretrial conference and trial is granted (document no. 12). Trial has been rescheduled for the month of September 2011. Defendant Mooneyhan shall file a waiver of speedy trial rights not later than July 15, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 9, 2011 at 10:30 a.m.

Jury selection will take place on September 20, 2011 at 9:30 a.m.

SO ORDERED.

```
                                    _____
                                         Steven J. McAuliffe
                                            Chief Judge
```

July 6, 2011

cc: Bjorn Lange, Esq.
    Debra Walsh, AUSA
    U.S. Marshal
    U.S. Probation